UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**WALTER TAMAGNI, DENISE PERRY, RICHARD TOMPKINS, CARRIE WOHLERS, DAWN EATON, THOMAS SHERRY,**
                  **Plaintiffs,**

Case No.  2:10-cv-228-FtM-29SPC

**ORION BANCORP, INC., ORION BANCORP, INC. EMPLOYEE STOCK OWNERSHIP PLAN, ORION BANCORP, INC. EMPLOYEE STOCK OWNERSHIP TRUST, JERRY J. WILLIAMS, ALAN PRATT, EARL P. HOLLAND, JAMES W. AULTMAN, JAMES J. TOROK, BRIAN C. SCHMITT, DAVID J. SWEENEY, WILLIAM E. MEYERS, LORI K. ARNOLD,**

                  **Defendants.**
_____/

**RELATED CASE ORDER
AND TRACK ONE NOTICE - ERISA[1]**

It is hereby **ORDERED** that, no later than fourteen (14) days from the date of the filing of the complaint (or a copy of a notice of removal) in this Court, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rules 1.04(a) or (b). The parties shall utilize the attached form **NOTICE OF PENDENCY OF OTHER ACTIONS** .

It is

---

[1] The Court having determined that the action is one for a review on the administrative record, the case will be designated a Track One case pursuant to Local Rule 3.05(a), (b)(1)(A).

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. Track One cases are referred to the assigned Magistrate Judge for management and the entry of a Report and Recommendation. It is

**FURTHER ORDERED** that Plaintiff shall serve a copy of this Order upon Defendant within **FOURTEEN(14) DAYS** of the filing of an appearance or any responsive pleading by the Defendant and the Plaintiff shall thereafter file a notice to the Court entitled "ERISA Notice of Service" within **SEVEN (7) DAYS**. It is

**FURTHER ORDERED** that, the following deadlines shall be applicable:

| | |
|---|---|
| Submission by Defendant of the Administrative Record for review | Ninety (90) days from the date of service of this Order |
| Plaintiff's Motion and Memorandum of Law, Defendant's Cross Motion and Memorandum of Law | Thirty (30) days from the receipt of the Administrative Record |
| Defendant's Responsive Memorandum of Law, Plaintiff's Responsive Memorandum of Law | Thirty (30) days from the date of service of Memorandum of Law |

The case will thereafter be taken under advisement.

April 20, 2010

|     JOHN E. STEELE     | CHARLENE EDWARDS HONEYWELL |
|:---:|:---:|
| John E. Steele | Charlene Edwards Honeywell |
| United States District Court Judge | United States District Court Judge |
|     DOUGLAS N. FRAZIER     |     SHERI POLSTER CHAPPELL     |
| Douglas N. Frazier | Sheri Polster Chappell |
| United States Magistrate Judge | United States Magistrate Judge |

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies: All Parties of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**WALTER TAMAGNI, DENISE PERRY, RICHARD TOMPKINS, CARRIE WOHLERS, DAWN EATON, THOMAS SHERRY,**

               **Plaintiffs,**

v.    Case No. 2:10-cv-228-FtM-29SPC

**ORION BANCORP, INC., ORION BANCORP, INC. EMPLOYEE STOCK OWNERSHIP PLAN, ORION BANCORP, INC. EMPLOYEE STOCK OWNERSHIP TRUST, JERRY J. WILLIAMS, ALAN PRATT, EARL P. HOLLAND, JAMES W. AULTMAN, JAMES J. TOROK, BRIAN C. SCHMITT, DAVID J. SWEENEY, WILLIAM E. MEYERS, LORI K. ARNOLD,**

               **Defendants.**
_____/

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_\_   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                        _____
                        _____
                        _____
                        _____

\_\_\_\_\_   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated:

_____          _____
[Counsel of Record or *Pro Se* Party]     [Counsel of Record or *Pro Se* Party]
   [Address and Telephone]              [Address and Telephone]